ROWLAND *v.* THE STATE.

No. 15173.   JUNE 5, 1945.

*R. A. Moore,* for plaintiff in error.
*John W. Bennett, solicitor-general,* contra.

ATKINSON, Justice.   The writ of error is based upon the re-
fusal of the trial court to permit a plea of guilty to be withdrawn.
One of the alleged errors set forth in the bill of exceptions is that
the refusal to grant a motion to withdraw the plea of guilty vio-
lated certain constitutional rights of the accused.

It is the duty of this court upon its own motion to raise the
question of its jurisdiction in all cases in which there may be any
doubt as to the existence of such jurisdiction.   *McDowell* v. *Mc-
Dowell,* 194 *Ga.* 88 (20 S. E. 2d, 602) ; *Wood* v. *W. P. Brown &
Sons Lumber Co.,* 199 *Ga.* 167 (33 S. E. 2d, 435).   The present
case is one calling for such inquiry.   Jurisdiction is not vested in
the Supreme Court merely because it is contended that a judgment
is contrary to some provision of the constitution; in such a case
jurisdiction is vested in the Court of Appeals.   Before this court
will assume jurisdiction the question must involve the construction
of the constitution or the constitutionality of some statute.   Code,
§ 2-3005; *Head* v. *Edgar Brothers Co.,* 187 *Ga.* 409 (200 S. E.
792).   Nor does the writ of error set forth any other ground giving
the Supreme Court jurisdiction of this case.   For a similar case,
see *Sanders* v. *State,* 186 *Ga.* 335 (197 S. E. 801).   Accordingly,
the case is

*Transferred to the Court of Appeals.   Bell, C. J., Jenkins, P. J.,
Duckworth and Wyatt, JJ., concur.*